UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-197 |
| VERSUS | SECTION "H" |
| DON MOSS<br>CURTIS DANTIN<br>GRAND ISLE SHIPYARDS, INC.<br>CHRISTOPHER SRUBAR | |

### NOTICE OF ARRAIGNMENT

Take Notice that this criminal case has been set for ARRAIGNMENT on **JANUARY 16, 2018 at 2:00 p.m.**, before U.S. MAGISTRATE JUDGE MICHAEL B. NORTH, Hale Boggs Federal Building, Courtroom B407, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| DATE: January 8, 2018 | WILLIAM W. BLEVINS, CLERK |
| | by:   **Bridget Gregory**<br>        **Case Manager** |
| TO:<br>Don Moss (On Bond) | |
| | AUSA:  EMILY KATHERINE GREENFIELD<br>             KENNETH E. NELSON<br>             NICHOLAS D. MOSES |
| TO:<br>Curtis Dantin (On Bond) | |
| TO:<br>Grand Isle Shipyards, Inc. | U.S. Marshal |
| TO:<br>Christopher Srubar (On Bond) | U.S. Probation Office - U.S. Pretrial Services |
| (See page 2 for Counsel of Record) | FOREIGN LANGUAGE INTERPRETER:<br><br>       NONE<br><br>Myles.Matthew@epa.gov |

**COUNSEL FOR MOSS**
Walter F. Becker, Jr.
Charles D. Marshall, III
1100 Poydras St., Suite 2300
New Orleans, LA 70163

**COUNSEL FOR DANTIN**
Eddie J. Castaing, Jr.
601 Poydras St., Suite 2323
New Orleans, LA 70130

**COUNSEL FOR GRAND ISLE**
Harry Rosenberg
365 Canal St., Suite 2000
New Orleans, LA 70130

Dane Ball
Shaun G. Clarke
Alexander Michael Wolf
700 Louisiana, Suite 2300
Houston, TX  77002

**COUNSEL FOR SRUBAR**
Steven Lemoine
4240 Canal Street
New Orleans, LA 70119
Mailing Address: