UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 15-197 "H" |
| DON MOSS | |

### RE-NOTICE OF SENTENCING (from 6/28/2018)

Take Notice that this criminal case has been set for SENTENCING on **SEPTEMBER 27, 2018 at 9:30 a.m.**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: June 8, 2018

TO:
Don Moss (On Bond)

**COUNSEL FOR MOSS**
Wakter Becker, JR.
Charles D. Marshall , III
1100 Poydras St., Suite 2300
New Orleans, LA 70163

WILLIAM W. BLEVINS, CLERK

by:    **Erin Mouledous**
       **Case Manager**

AUSA:  EMILY KATHERINE GREENFIELD
       KENNETH E. NELSON
       NICHOLAS DUPUY MOSES
       SAMUEL CHARLES LORD

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:

         NONE

[Myles.Matthew@epa.gov](mailto:Myles.Matthew@epa.gov)