UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 15-197 "H" |
| DON MOSS | |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been set for SENTENCING on **MAY 15, 2019 at 9:30 a.m.**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: May 14, 2019 | WILLIAM W. BLEVINS, CLERK |
| | by:    **Erin Mouledous** |
| TO: | **Case Manager** |
| Don Moss (On Bond) | |
| | AUSA:  EMILY KATHERINE GREENFIELD |
| **COUNSEL FOR MOSS** | KENNETH E. NELSON |
| Walter Becker, JR. | NICHOLAS DUPUY MOSES |
| Charles D. Marshall , III | SAMUEL CHARLES LORD |
| 1100 Poydras St., Suite 2300 | |
| New Orleans, LA 70163 | |
| | U.S. Marshal |
| | U.S. Probation Office - U.S. Pretrial Services |
| | FOREIGN LANGUAGE INTERPRETER: |
| | NONE |
| | Myles.Matthew@epa.gov |