MINUTE ENTRY
MILAZZO, J.
MAY 15, 2019

JS-10: 00:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 15-197 "H" |
| DON MOSS | |

## SENTENCING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: TONI TUSA
LAW CLERK:     EMMY SCHROETER

APPEARANCES:  NICHOLAS MOSES, AUSA, FOR GOVERNMENT
              WALTER BECKER, JR. FOR DEFENDANT

Case called at 9:38 a.m.
Counsel appear for the record.
Defendant present for sentencing.
On MARCH 29, 2018, defendant entered into a guilty plea as to Count 4 of the THIRD SUPERSEDING INDICTMENT.
Defendant sentenced as to Count 4 of the THIRD SUPERSEDING INDICTMENT.
**See Judgment and Probation Order.**
Defendant is released to Probation.

Matter adjourned at 9:45 a.m.

